

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
[Civil Order - Minute Entry]

Date: __MAY 19, 2003__

Case No.   __CV 01-036-TUC-JMR [CRP]__

Title:   __FRANK J. FIOLEK v. TUCSON UNIFIED SCHOOL DISTRICT__

HONORABLE CHARLES R. PYLE

Proceedings:   ■ Open Court   ☐ Chambers   ☐ Chambers

Oral argument for both Plaintiff's and Defendant's Motion for Summary Judgment is set for **Friday, July 18, 2003 at 1:30 p.m.**, before Honorable Charles R. Pyle in courtroom 5F.

CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE

CRP
Pltf Atty: Rose Daly-Rooney, Esq.
Deft Atty: Tibor Nagy, Esq.

