IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FRANK J. FIOLEK, JR.

        Plaintiff,

v.

TUCSON UNIFIED SCHOOL DISTRICT

        Defendant.

No. CIV 01-036 TUC DCB

**ORDER RE: EXTENSION OF TIME TO FILE TRIAL BRIEFS**

Upon stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for the parties to submit the trial briefs is extended from **January 13, 2004 until January 15, 2004.**

**DATED** this 13th day of January, 2003.

David C. Bury
United States District Judge