IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson-Globe Division)    **CIVIL TRIAL MINUTES**

Yr: 01 / Case No. 036    Date: February 9, 2004

FILED / LODGED / RECEIVED / COPY
FEB 11 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

xx Hon. DAVID C. BURY    Judge #: 7030

Title: FRANK FIOLEK, JR. vs TUCSON UNIFIED SCHOOL DISTRICT

Deputy Clerk: Cathy Schwader    Crt Reporter: Chris Calles

Attorney for Plaintiff(s)    Attorney for Defendant(s)

Rose Daly-Rooney, Don Awerkamp    Tibor Nagy

Jose de Jesus Rico    Erica Rocush

==============================================================================

**PROCEEDINGS:**    XX  JURY TRIAL    _____ COURT TRIAL

XX  Jury trial held, 10th day

_____ Case cont'd to _____ for further deliberations

_____ MOTIONS: _____

XX  Jury retires to deliberate at 3:10 p.m.

XX  Jury RETURNS WITH VERDICT(s) at 5:45 p.m.

XX  JURY VERDICT: Jury finds in favor of plaintiff and against defendant, and awards $35,000 in damages and $15,220 for lost wages and benefits.

_____ MATTER TAKEN UNDER ADVISEMENT

_____ Motion for Directed Verdict GRANTED on behalf of _____

_____ ORDER mistrial declared

_____ Jury polled    XX  Jury not polled/waived

XX  Other: Closing arguments were heard.

copies to: Daly-Rooney, Awerkamp, Nagy

(332)

Case No. __CV-01-036-TUC-DCB__                                              PAGE 2

Case Title_____FRANK FIOLEK, JR.   vs.   TUCSON UNIFIED SCHOOL DISTRICT_____

================================================================================
### LIST OF JURORS

1.  __Wesley Dement__                    5.  __Melissa Insalaco__

2.  __James Ellerson__                   6.  __Karen Kolinsky__

3.  __Paul Nzomo__                       7.  __Leslye Ader__

4.  __Oscar Valdez, Jr.__                8.  __Nancy Zufelt__

    _____               _____
    (First Alternate)                    (Second Alternate)

================================================================================